**Dismissed and Memorandum Opinion filed September 12, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00233-CV

---

### BONG-BONG TINO CENTENO, Appellant

### V.

### EDEN  G. CENTENO, Appellee

---

**On Appeal from the 310th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-68476**

---

### MEMORANDUM  OPINION

This is an appeal from a judgment signed, April 10, 2019. The clerk's record was filed May 10, 2019. The reporter's record was filed June 28, 2019. No brief was filed.

On August 6, 2019, this court issued an order stating that unless appellant filed a brief on or before August 30, 2019, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer